18145. LEWIS *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.

Possessing liquor; from city court of Sylvania—Judge Evans. April 28, 1927.

Criminal Law, 17 C. J. p. 252, n. 16; p. 271, n. 41.

*H. A. Boykin, R. P. Searson,* for plaintiff in error.

*J. H. Howard, solicitor,* contra.